UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN JOSEPH SHULICK,

    Plaintiff,

v.

                                File No. 2:11-CV-73

MICHIGAN DEPARTMENT OF,
CORRECTIONS, et al.,

                                HON. ROBERT HOLMES BELL

    Defendants.
_____/

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections (Dkt. No. 152) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's May 1, 2013, R&R (Dkt. No. 151) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's request for additional discovery pursuant to Rule 56(d) (Dkt. No. 138) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Wilson's motion to dismiss and for summary judgment (Dkt. No. 132) is **GRANTED**.

Dated: July 16, 2013                         /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE