UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN JOSEPH SHULICK,

        Plaintiff,

                                          File No. 2:11-CV-73

v.

                                          HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF,
CORRECTIONS, et al.,

        Defendants.

_____/

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections (Dkt. No. 152) are

**OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's May 1, 2013, R&R (Dkt.

No. 151) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's request for additional discovery

pursuant to Rule 56(d) (Dkt. No. 138) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Wilson's motion to dismiss and for

summary judgment (Dkt. No. 132) is **GRANTED**.


Dated: <u>July 16, 2013</u>                /s/ Robert Holmes Bell_____
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE