UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN JOSEPH SHULICK,

        Plaintiff,                                Case No. 2:11-cv-73

v.                                                  HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
_____/

## **MEMORANDUM OPINION AND ORDER**

On March 5, 2014, Judgment was entered in favor of Defendants following a jury trial. (ECF No. 225.) On March 31, 2014, Defendants filed a bill of costs in accordance with Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920. (ECF No. 229.) Defendants request that costs of $644.10 be taxed against Plaintiff and in favor of Defendants. No objection has been filed, and the motion will be granted.

**IT IS HEREBY ORDERED** that Defendants' motion for bill of costs (ECF No.229) is **GRANTED**.

**IT IS FURTHER ORDERED** that costs of **$644.10** are taxed against Plaintiff Shulick and in favor of Defendants.

**IT IS FURTHER ORDERED** that Plaintiff pay all assessed costs to Defendants' attorney, Bill Schuette, Attorney General for the State of Michigan.

**IT IS FURTHER ORDERED** that all costs assessed against Plaintiff may be withdrawn by the Michigan Department of Corrections from Plaintiff's prisoner account now or hereafter maintained by the Michigan Department of Corrections, and paid to Defendants' attorney, Bill Schuette.


Dated: February 6, 2015                     /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE